### 3765.  CROWDER *et al. v.* MAPLES, warden.

HILL, C. J.  This case is controlled by the decision of this court in the case of *Abram* v. *Maples,* ante, 137 (72 S. E. 932).

*Judgment reversed.*

DECIDED NOVEMBER 20, 1911.

Habeas corpus; from city court of Camilla—Judge Dasher. September 15, 1911.

*E. E. Cox,* for plaintiffs.  *E. M. Davis,* for defendant.

### 3769.  THOMAS *v.* THE STATE.

POWELL, J.  The evidence, though slight as to one of the material elements of the case, is not legally insufficient to support the verdict.

*Judgment affirmed.*

DECIDED NOVEMBER 20, 1911.

Accusation of cheating and swindling; from city court of Abbeville—Judge Nicholson.  September 18, 1911.

*Dan R. Bruce,* for plaintiff in error.

*M. B. Cannon, solicitor,* contra.

### 3774.  WILLIAMS *v.* THE STATE.

HILL, C. J.  There was no evidence whatever of the animus furandi, and the verdict was contrary to law.            *Judgment reversed.*

DECIDED NOVEMBER 20, 1911.

Conviction of hog-stealing; from Baker superior court—Judge Frank Park.  September 25, 1911.

*A. S. Johnson,* for plaintiff in error.

*W. E. Wooten, solicitor-general, F. A. Hooper,* contra.